IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | CIVIL NO. 08-2945 |
| | : | |
| v. | : | CRIMINAL NO. 03-554 |
| | : | |
| CARLOS MANUEL PEREZ | : | |

### ORDER

AND NOW, this 11th day of July, 2011, it is ORDERED Petitioner Carlos Manuel Perez's 28 U.S.C. § 2255 petition (Document 119) is GRANTED in part and DENIED in part.

The petition is GRANTED insofar as Perez's sentencing hearing shall be re-opened. A sentencing hearing shall be held on August 11, 2011, at 3:30 p.m.

The petition is DENIED in all other respects.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.