IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 03-554 |
| | : | |
| CARLOS MANUEL PEREZ | : | |

## **ORDER**

AND NOW, this 6th day of January, 2023, upon consideration of Defendant Carlos Perez's Motion to Dismiss the First Ground for the Warrant for Violation of Supervised Release (Document 157), it is ORDERED the Motion is DISMISSED as superseded by the Motion to Dismiss the Warrant.

Upon consideration of Perez's Motion to Dismiss Warrant for Violation of Supervised Release and Termination of Supervised Release (Document 175), the Government's opposition thereto, Perez's reply, and the parties' oral argument on November 21, 2022, it is further ORDERED the Motion is DENIED for the reasons set forth in the accompanying memorandum.

The Hearing for Violation of Supervised Release is SCHEDULED on March 21, 2023 at 9:30 AM in Courtroom 14B.

BY THE COURT:


 /s/ Juan R. Sánchez
 Juan R. Sánchez, C.J.