IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 03-554 |
| | : | |
| CARLOS MANUEL PEREZ | : | |

## **ORDER**

AND NOW, this 3rd day of January, 2025, upon consideration of Defendant Carlos Perez's pro se Motion for Sentence Reduction Under Section 603 of the First Step Act (ECF No. 199), Perez's supplemental filings and exhibits in support of the Motion, the Government's responses in opposition, and Perez's replies, and for the reasons set forth the in accompanying Memorandum, it is ORDERED the Motion for Sentence Reduction (ECF No. 199), the Supplemental Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 221), and the Emergency Motion to Expedite Compassionate Release Proceeding (ECF No. 227) are DENIED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.